**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 72 MM 2017
:
                Respondent :
:
:
v. :
:
:
KEITA BRISBON, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2017, the Motion for Appointment of Counsel is **DENIED**.